

# Fourth Court of Appeals
## San Antonio, Texas

August 18, 2016

No. 04-16-00106-CR

Ramon **CASTILLO** Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR6729
Honorable Ray Olivarri, Judge Presiding

# **O R D E R**

The appellant's motion for extension of time to file brief is granted.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of August, 2016.

_____
Keith E. Hottle
Clerk of Court